IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:11-00607

TIMOTHY W. CANADAY, et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiff's motion to substitute T.A. Bailey, as representative of the Estate of Timothy W. Canaday, as a party in this action for the deceased defendant, Timothy W. Canaday. (ECF No. 15). Timothy Canaday died on December 5, 2016. (ECF No. 14). On May 4, 2017, the Clerk of the Mercer County Commission in the state of West Virginia appointed Sheriff T.A. Bailey as the administrator of the Estate of Timothy W. Canaday. (ECF No. 15-1). Accordingly, plaintiff's motion to substitute is **GRANTED**.*

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 29th day of June, 2017.

                        ENTER: _David A. Faber_____
                               David A. Faber
                               Senior United States District Judge

---

   *This matter was stayed because Canaday filed for bankruptcy. The bankruptcy proceeding having been concluded, that stay is **LIFTED** and the Clerk is directed to **REINSTATE** this matter to the court's active docket.